**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ROBERT YARBROUGH,

                Plaintiff,                              23 **CIVIL** 10090 (VF)

      -v-                                            **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 7, 2024, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, to include the opportunity for a new hearing and a new decision.

**Dated:**  New York, New York
           February 7, 2024

                                                        **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                        **BY:**     *K. Mango*

                                                           **Deputy Clerk**